UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 5:25-cv-01361-SPG-SP | Date | May 8, 2026 |
| Title | Fujian Landhiker Import and Export Co., Ltd v. Gravity Defyer Medical Technology Corporation | | |

Present: The Honorable    SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE

| P. Gomez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceeding:    (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

Plaintiff Fujian Landhiker Import and Export Co., Ltd ("Plaintiff") filed this action on October 7, 2025. *See* (ECF No. 1 ("Complaint")). On the same day, Plaintiff filed an *Ex Parte* Application for a Temporary Restraining Order. *See* (ECF No. 2 ("Application")). The Court denied Plaintiff's Application on October 10, 2025, explaining that Plaintiff had not filed proof of service and, therefore, the Court lacked jurisdiction to enter a temporary restraining order. *See* (ECF No. 12). Roughly three months later, on January 4, 2026, Plaintiff filed a Motion for Substitute Service. *See* (ECF No. 16). On February 10, 2026, the Court denied that Motion without prejudice, explaining that Plaintiff had not presented sufficient evidence to show it exercised reasonable diligence in attempting to effect service. *See* (ECF No 18). To date, Plaintiff has not filed proof of service or a renewed motion for alternate service.

Under Federal Rule of Civil Procedure 4(m), "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Courts also have inherent power to dismiss cases for lack of prosecution. *See Link v. Wabash R. Co.*, 370 U.S. 626 (1962). Plaintiff has not timely served Defendant Gravity Defyer Medical Technology Corporation pursuant to Rule 4(m), and the docket reflects that Plaintiff is not actively pursuing this litigation. Therefore, Plaintiff is ORDERED to show cause, in writing, on or before May 20, 2026, why the Court should not dismiss this action for failure to effect service and lack of prosecution.

**IT IS SO ORDERED.**

_____ : _____

Initials of Preparer    pg